IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICHARD COX
ADC # 115950                                                              PLAINTIFF

v.                          No. 2:16-cv-172-DPM-JJV

WENDY KELLEY, Director, ADC;
GAYLON LAY, Warden, East Arkansas
Regional Unit; and JAMES DYCUS, Deputy
Warden, East Arkansas Regional Unit                                       DEFENDANTS

ORDER

On *de novo* review, the Court adopts the partial recommendation, № 8, and overrules Cox's objections, № 9 & 10. FED. R. CIV. P. 72(b)(3). The Court adds that the parties' dispute has been going on for an extended period. Cox's motion for a temporary restraining order and preliminary injunction, № 4, is denied. Nonetheless, the Court requests the Magistrate Judge to give this case expedited consideration.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 February 2017