IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICHARD COX
ADC #115950                                                                    PLAINTIFF

v.                          No. 2:16-cv-172-DPM

WENDY KELLEY, Director, ADC; GAYLON
LAY, Warden, East Arkansas Regional Unit;
and JAMES DYCUS, Deputy Warden,
East Arkansas Regional Unit                                                  DEFENDANTS

JUDGMENT

Cox's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2017